FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 2 3 ...  ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Kingvision Pay-Per-View, LTD.,

                Plaintiff,              05-CV-3034 (CPS)

    - against -                    ORDER

Manuel Palaguachi, et al.,

                Defendants.

------------------------------------X

    No objections to the Report and Recommendation of Magistrate Judge Pollak dated July 19, 2006, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by September 6, 2006, a revised proposed default judgment consistent with Magistrate Judge Pollak's Report and Recommendation.

    The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

    SO ORDERED.

Dated :   Brooklyn, New York
        August 21, 2006

                                        United States District Judge